479 A.2d 1114

Metris v. Metris, Appellant.

 Submitted March 23, 1984. Sanford S. Finder, for appellant; Mary D. Korsmeyer, for appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.